Wyatt A. Lison (SBN – 316775)
**FEINSTEIN DOYLE PAYNE**
  **& KRAVEC, LLC**
Law & Finance Building Suite 1300
429 Fourth Avenue
Pittsburgh, PA  15219-1639
Tel:  (412) 281-8400
Fax: (412) 281-1007
*ATTORNEYS FOR PLAINTIFFS*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL BEHAR CALZADO, on behalf of himself; KIMBERLY WIRTES, on behalf of herself and A.W. and T.W., her minor children; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>POWERSCHOOL GROUP LLC, a Delaware corporation, POWERSCHOOL HOLDINGS, INC., a Delaware corporation, and DOES 1-100,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>**CASE NO:  3:25-CV-01024-BEN-MSB** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs Daniel Behar Calzado, on behalf of himself, and Kimberly Wirtes, on behalf of herself and A.W. and T.W., her minor children, and their undersigned counsel, hereby give notice that the above-captioned action, in which no Defendant has filed either an answer or a motion for summary judgment, is voluntarily dismissed, without prejudice to the Plaintiffs or to the proposed class.

DATED:  May 6, 2025

Respectfully Submitted,

  /s/Wyatt A. Lison
    Wyatt A. Lison  (SBN – 316775)

**FEINSTEIN DOYLE
  PAYNE & KRAVEC,  LLC**

*ATTORNEYS FOR PLAINTIFFS*